544

GREAT LAKES CONSTRUCTION COMPANY et al., Appellants, v. UNITED STATES of America, at the Relation of and to the Use and Benefit of E. O. DORSCH ELECTRIC COMPANY, a Corporation.

No. 12606.

Circuit Court of Appeals, Eighth Circuit.

Aug. 23, 1943.

William G. Pettus, Jr., and William R. Bascom, both of St. Louis, Mo., for appellants.

Thomas F. McDonald, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, on stipulation.

William Ira JENKINS, Petitioner, v. O. H. COX, Medical Center, Springfield, Missouri.

No. 12686.

Circuit Court of Appeals, Eighth Circuit.

Aug. 10, 1943.

William Ira Jenkins, pro se.

PER CURIAM.

Petitioner allowed to file "Extraordinary Motion for Writ of Coram Nobis Change of Venue" and proceed in forma pauperis and motion dismissed for lack of jurisdiction.

Thomas KOLKER, Debtor, Appellant, v. CLAYTON COUNTY STATE BANK, et al.

No. 12581.

Circuit Court of Appeals, Eighth Circuit.

Aug. 23, 1943.

Richard Brown, of Creston, Iowa, for appellant.

Paul G. James, of Des Moines, Iowa, and A. H. Borman, of Guttenberg, Iowa, for appellees.

PER CURIAM.

Cause remanded to District Court with directions to set aside order fixing value of appellant's real estate, etc., on motion and agreement of counsel.

William E. MAXWELL, Appellant, v. Paul E. KAISER, Warden, Missouri State Penitentiary.

No. 12698.

Circuit Court of Appeals, Eighth Circuit.

Aug. 23, 1943.

William E. Maxwell, pro se.

PER CURIAM.

Petition of appellant to proceed in forma pauperis denied and appeal dismissed for want of jurisdiction.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Robert JEREMIASON et al.

No. 12689.

Circuit Court of Appeals, Eighth Circuit.

Aug. 23, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on petition for enforcement and stipulation filed with Board.